No. 1,734.—IN RE DAY; WILLIAM PAIGE, APPELLANT; EDWARD DAY, RESPONDENT.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided March 7, 1902.

PER CURIAM.—Upon motion of the appellant herein, this appeal is hereby dismissed, each party to pay his own costs, in accordance with the stipulation filed herein.

*Mr. C. P. Connolly,* for Appellant.